GLEN OAKS DEVELOPMENT CORPORATION, Respondent, v. GRACE E. McCONNELL, Appellant.— Order denying defendant's motion to settle, for trial by jury, issues of fact arising from the counterclaims, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of the Application of CLINTON J. SHARRETT, Respondent, for a Peremptory Writ of Mandamus, v. JOHN R. VOORHIS, JACOB A. LIVINGSTON, VALENTINE J. HAHN and MOSES J. WAFER, Constituting the Board of Elections of the City of New York, Respondents. SPENCER COSTON, Appellant.— Order denying motion to vacate peremptory mandamus order affirmed, with ten dollars costs and disbursements. No opinion.· Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

RALPH JANNOTTA, Respondent, v. BESTMOR REALTY CORPORATION and Others, Defendants. COLESTER AMUSEMENT CORPORATION, Appellant; CHARLES G. MAIOLINO CONSTRUCTION CORPORATION and ARTHUR WEISER, Respondents.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

LEE McCANLISS, Respondent, v. IRENE McCANLISS, Appellant. (Appeal No. 1.) — Order modified by requiring that plaintiff include in the bill of particulars a specification whether the alleged representations were affirmatively made by defendant or whether plaintiff intends to rely upon a failure of defendant to disclose facts known to defendant and unknown to him; and also by requiring plaintiff to specify whether defendant's alleged representations were oral or written, and, if the latter, that plaintiff furnish defendant a copy thereof. As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

LEE McCANLISS, Respondent, v. IRENE McCANLISS, Appellant. (Appeal No. 2.) — Order, in so far as appealed from, reversed upon the law and the facts, with ten dollars costs and disbursements, and so much of the motion as was denied, granted, with ten dollars costs. We are of opinion that the defense of voluntary cohabitation with full knowledge of the facts is one upon which defendant has the affirmative, and she is, therefore, entitled to examine plaintiff before trial to establish that defense. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.